**In the Matter of Anthony J. WALLINGFORD, Respondent.**

No. 22S00–0810–DI–568.

Supreme Court of Indiana.

Dec. 11, 2008.

*PUBLISHED ORDER OF INTERIM SUSPENSION UPON NOTICE OF GUILTY FINDING*

The Indiana Supreme Court Disciplinary Commission, pursuant to Indiana Admission and Discipline Rule 23(11.1)(a), files a "Verified Notice of Guilty Finding and Request for Suspension," asking that Respondent be immediately suspended from the practice of law in this State, pending further order of this Court or final resolution of any resulting disciplinary action, due to Respondent being found guilty of a crime punishable as a felony.

The Court, being duly advised and upon careful consideration of all materials submitted, now finds that Respondent has been found guilty of one count of Sexual Battery, a Class D felony

IT IS THEREFORE ORDERED that **Respondent is suspended *pendente lite* from the practice of law in this State. This suspension shall be deemed effective as of October 24, 2008.** Respondent is ordered to fulfill the duties of a suspended attorney under Admission and Discipline Rule 23(26). The suspension shall continue until further order of this Court or final resolution of any resulting disciplinary action.

The Clerk of this Court is directed to send notice of this Order by certified or registered mail to the Respondent or Respondent's attorney, to the Indiana Supreme Court Disciplinary Commission, to all other entities entitled to notice under Admission and Discipline Rule 23(3)(d), and to Thomson/West for publication in the bound volumes of this Court's decisions.

All Justices concur.